UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| VERONICA CRUZ-JIMENEZ,<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>Defendant. | Crim. Case No. 4:10-cr-00073-BLW<br>Civ. Case No. 4:13-cv-00510-BLW<br><br>JUDGMENT |

In accordance with the Memorandum Decision and Order entered concurrently herewith,

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED** that the Motion to Vacate, Set Aside, or Correct Sentence Pursuant to 28 U.S.C. § 2255 filed by VERONICA CRUZ-JIMENEZ is **DISMISSED**. and THAT Case No. 4:13-cv-00510-BLW is **DISMISSED** with prejudice.

DATED: March 12, 2018

_____
B. Lynn Winmill
Chief U.S. District Court Judge